IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   4:02-CR-00161-BRW

CARLOS URQUHART

## ORDER

Pending is *pro se* Defendant's unopposed Motion for Early Termination of Probation (Doc. No. 83). The United States Probation Office reports that Mr. Urquhart, who has served more than two years of a three-year supervised-release sentence, is an appropriate candidate for early termination. Having reviewed the record, I am satisfied that Mr. Urquhart's behavior and the interest of justice warrant early termination. Accordingly, the Motion is GRANTED.

IT IS SO ORDERED this 19th day of August, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE